1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   GEOFFREY HANSEN
3  Chief Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
6  Facsimile:  (415) 436-7706
   Email:      geoffrey_hansen@fd.org

8  Counsel for Defendant NITSCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18–378 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| CRAIG NITSCHE II, | |
| Defendant. | |

The above titled matter is currently scheduled for sentencing on January 22, 2018. Due to health issues, defense counsel has been unable to meet with Mr. Nitsche and Probation to complete a PSR interview, and has been unable to prepare for sentencing. The parties agree that this date shall be vacated and the matter be placed on calendar for sentencing on March 12, 2019 at 2:30pm. Probation Officer Brian Casai has no objection to the proposed continuance.

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| December 11, 2018<br>Dated | ALEX G. TSE<br>United States Attorney<br>Northern District of California |
| | /S<br>JONATHAN LEE<br>Assistant United States Attorney |
| December 11, 2018<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>GEOFFREY HANSEN<br>Chief Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 12/12/18<br>Dated | RICHARD SEEBORG<br>United States District Judge |